UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 20 Cr. 3-12 (KPF) |
| DARREL WILLIAMS | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On June 15, 2020, the Government and counsel for Defendant Darrel Williams notified the Court that they had reached a plea agreement and that Mr. Williams would like to have a change of plea hearing. Mr. Williams's counsel indicated that Mr. Williams, who is detained at the Metropolitan Detention Center, consents to proceed by videoconference and waive his physical presence at the hearing. The Court has scheduled Mr. Williams's change of plea hearing for **June 30, 2020, at 9:00 a.m.** The conference will proceed via video conference, with audio access as follows: Dial-in (855) 268-7844, Access Code 32091812#, PIN 9921299#. The Court will provide instructions for accessing the conference for video participants separately.

SO ORDERED.

Dated:   June 24, 2020
         New York, New York

                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge