UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>DARREL WILLIAMS,<br><br>Defendant. | 20 Cr. 3-12 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On August 7, 2022, Defendant Darrel Williams filed a motion for compassionate release pursuant to 18 U.S.C. § 3852(c)(1)(A)(i). (Dkt. #387). After speaking with Mr. Williams's former counsel, the Court understands Mr. Williams to be proceeding *pro se* with respect to his motion.

The Government is hereby ORDERED to file a response to Mr. Williams's motion on or before **September 23, 2022**.

The Clerk of Court is directed to mail a copy of this Order to Mr. Williams at the following address:

> Mr. Darrel Williams, No. 09296-050
> FCI Allenwood Low
> Federal Correctional Institution
> P.O. Box 1000
> White Deer, PA  17887

SO ORDERED.

Dated:  August 25, 2022
        New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge